# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DIVITA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR COURT DESIGNS, INC. and DOES 1 THROUGH 20,<br><br>    Defendant. | Case No. 3:2011-cv-02497-MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER [FRCP 41(a)(1)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

DATED: Nov 7, 2011

LAW OFFICE OF PAMELA PITT

By: /s/ Pamela Pitt
PAMELA PITT, ESQ.
MARIA BOURN, ESQ.
Attorneys for Plaintiff TERESA DIVITA

///

-1-

Dated: 11-28-2011

By: _____
HANSON BRIDGETT LLP
DOROTHY S. LIU, ESQ.
JENICA D. MARIANI, ESQ.
Attorneys for Defendant
ARTHUR COURT DESIGNS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 29, 2011,

_____
The Honorable Maria-Elena James
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE
(Case No. 3:2011-cv-02497-MEJ)

3849617.1